AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Shirley Boynton and James Boynton | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| Janssen Research & Development, LLC f/k/a | ) |
| Johnson and Johnson Pharmaceuticals Research | ) |
| and Development, LLC, et al. | ) |
| (See Rider to Summons) | ) |
| _Defendant(s)_ | ) |

Civil Action No.   14-cv-05133   (FB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael A. London, Esq.
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*



Date:   10/16/2014

s/Donna Greene

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   14-cv-05133

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
Shirley Boynton
and James Boynton,                                    **CASE NUMBER: 14-cv-05133**

                    Plaintiff,

          -against-                                   **RIDER TO**
                                                      **SUMMONS**

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a
JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN
ORTHO LLC, JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS,
INC., BAYER HEALTHCARE PHARMACEUTICALS,
INC., BAYER PHARMA AG, BAYER CORPORATION,
BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,

                    Defendants.
-----------------------------------------X

Plaintiffs' Addresses:

Shirley and James Boynton
P.O. Box 835
Lincoln, CA 95648

Defendants' Addresses:

  1. Bayer AG
     Leverkusen
     North Rhine-Westphalia, Germany

  2. Bayer Corporation
     c/o CORPORATION SERVICE COMPANY
     80 STATE STREET
     ALBANY, NEW YORK, 12207-2543

  3. Bayer Healthcare AG
     CHEMPARK Leverkusen
     Zentraler Besucherempfang
     Kaiser-Wilhelm-Allee
     D-51368 Leverkusen

  4. Bayer Healthcare LLC

c/o CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

5. Bayer Healthcare Pharmaceuticals, Inc.
   SOP Department
   Corporation Service Company, Ste. 400
   2711 Centerville Rd.
   Wilmington, DE 19808

6. Bayer Pharma AG
   Mullerstrasse 178
   D-13353 Berlin
   Germany

7. Janssen Ortho, LLC
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange St.
   Wilmington, DE 19801

8. Janssen Pharmaceuticals, Inc.
   CT Corporation System
   116 Pine St., Ste. 320
   Harrisburg, PA 17101

9. Janssen Research & Development, LLC
   f/k/a Johnson and Johnson Pharmaceutical Research and
   Development, LLC
   One Johnson & Johnson Plaza
   New Brunswick, NJ 08933